936

Stephen W. SLEEPER et al., Petitioners, Appellants, v. John J. MURRAY, Trustee, Respondent, Appellee.

No. 3714.

Circuit Court of Appeals, First Circuit.

Oct. 8, 1941.

R. Gaynor Wellings and Tyler, Eames & Reynolds, all of Boston, Mass., for appellants.

John J. Murray, of Boston, Mass., for appellee.

PER CURIAM.

Submitted upon motion of appellee to docket and dismiss, accompanied by memorandum in support thereof and a portion of record, and upon appellants' memorandum in opposition to the motion to docket and dismiss.

Upon motion of appellee, it is ordered that this case be docketed, and it is further ordered that the appeal be, and the same hereby is, dismissed.

STANOLIND OIL & GAS COMPANY et al. v. Henry Clifford JONES, Individually, and as Collector of Internal Revenue.

No. 2232.

Circuit Court of Appeals, Tenth Circuit.

Oct. 6, 1941.

Samuel G. Clawson, of Chicago, Ill., and Guy H. Woodward, of Tulsa, Okl., for appellant.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgment entered affirming the judgment of the district court. 34 F.Supp. 965.

C. E. STEWART v. UNITED STATES of America.

No. 2407.

Circuit Court of Appeals, Tenth Circuit.

Oct. 13, 1941.

Pershing, Bosworth, Dick, & Dawson, of Denver, Colo., for appellant.

James McI. Henderson, Sp. Asst. to Atty. Gen., of Denver, Colo., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

Leroy L. VENNELL, Adm'r, etc., Estate of Paul B. Adamson, Deceased, Appellant, v. UNITED STATES of America.

No. 7747.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 10, 1941.

Decided Oct. 13, 1941.

Lewis H. VanDusen, Jr., of Philadelphia, Pa. (Drinker, Biddle & Reath, of Philadelphia, Pa., on the brief), for appellant.

Carl J. Marold, Sp. Asst. to the Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch and Frederic G. Rita, Sp. Assts. to Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed upon the opinions of Judge Bard, 36 F.Supp. 646 and 38 F.Supp. 381.